No. 81–2244. GOOCHER *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal

question. JUSTICE BRENNAN would reverse the conviction.